# EXHIBIT B

**EXHIBIT B**

**Example Claim Chart - U.S. Patent No. 8,985,255**

| Claim 10 | AYRO 311 |
|---|---|
| A three-wheeled vehicle, comprising: | The 311 is a three-wheeled vehicle, as seen below:<br><br>https://www.ayro.com/ayro311/.<br><br>THE 1st ALL-ELECTRIC 3-WHEELED VEHICLE FOR CAMPUS, COMMUNITY, CROSS-TOWN TRAVEL & DELIVERIES<br><br>*Id.* |
| a chassis having a front end and a rear end defining a longitudinal axis of the vehicle; | The 311 includes a chassis having a front end and a rear end defining a longitudinal axis of the vehicle, as seen below:<br><br>https://www.ayro.com/ayro311/. |

| | |
|---|---|
| three wheels coupled to the chassis, two of said three wheels being front wheels, and one of said three wheels being a rear wheel; | The 311 includes three wheels coupled to the chassis, two of said three wheels being front wheels, and one of said three wheels being a rear wheel:<br><br><br><br>https://www.ayro.com/ayro311/. |
| a transmission for transmitting rotational energy to the front wheels; | The 311 includes a transmission, as seen below:<br><br><br><br>The 311 is a front-wheel drive vehicle. Therefore, the transmission transmits rotational energy from the motor to the front wheels.<br><br>+ Drive System: Front-Wheel Drive<br>https://www.ayro.com/ayro311/. |

| | |
|---|---|
| a motor, the center of mass of which is positioned between the center of mass of the transmission and the front end of the vehicle along the longitudinal axis of the vehicle; | The 311 includes a motor, as seen below.  The center of mass of the motor is positioned between the center of mass of the transmission and the front end of the vehicle, as depicted in the image below, which captures an underside of the nose of the vehicle.<br><br><br><br>This image, taken from the left side of the vehicle, shows the motor located to the front of the transmission in the longitudinal direction of the vehicle. |
| a battery, the center of mass of which is positioned between the transmission and the rear end of the vehicle along the longitudinal axis of the vehicle; | The 311 includes batteries:<br><br>**BATTERIES**<br>+ Type: Lead Acid / Sealed, Gel<br>+ Voltage: 72V 120Ah (8.6 kWh)<br>+ Number of Batteries: 6<br><br>https://ayro.com/wp-content/uploads/2019/06/AYRO-311-Data-Sheet-2019-1.pdf.<br><br>The center of mass of a battery is positioned in the passenger area behind the transmission between the transmission and the rear end of the vehicle along the longitudinal axis of the vehicle: |

| | |
|---|---|
| | 
Batteries
https://www.youtube.com/watch?time_continue=11&v=PyNJXp1zBow&feature=emb_logo.
 |
| two single-passenger seats, mounted to the chassis in tandem along a longitudinal axis of the vehicle, one of the seats being a driver's seat and the other being a passenger seat; | The 311 includes two single-passenger seats, mounted to the chassis in tandem along a longitudinal axis of the vehicle, one of the seats being a driver's seat and the other being a passenger seat, as seen below:

https://www.ayro.com/ayro311/. |

- 4 -

| | |
|---|---|
| and a floor deck positioned vertically between the center of mass of the battery and the center of mass of the seats. | The 311 includes floor deck positioned vertically between the center of mass of the battery and the center of mass of the seats, as seen below:<br><br><br><br>Floor deck<br><br>https://www.youtube.com/watch?time_continue=11&v=PyNJXp1zBow&feature=emb_logo.<br><br>*See also:*<br><br><br><br>https://www.facebook.com/aevtechnologies/. |